AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED
*December 17, 2025*
Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Brenda Garcia | ) | Case No. **4:25-mj-0765** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  March 28, 2025 - Sept. 28, 2025  in the county of  Harris  in the  Southern  District of  Texas , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201 | Kidnapping |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Dianna R. Oliver, HSI Special Agent
*Printed name and title*

Sworn to and signed by telephone.

Date: 12/17/2025

*Judge's signature*

City and state: Houston, TX

U.S. Magistrate Judge Yvonne Y. Ho
*Printed name and title*

[Print] [Save As...] [Attach] [Reset]

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF BRENDA GARCIA | Case No. **4:25-mj-0765** |

Your Affiant, Dianna R. Oliver, being duly sworn, deposes and states as follows:

## AFFIDAVIT IN SUPPORT OF APPLICATION

1. I make this affidavit in support of a criminal complaint charging Brenda GARCIA with violations of 18 United States Code § 1201 (Kidnapping).

2. I am a Special Agent with Homeland Security Investigations (HSI) assigned to the Special Agent in Charge in Houston, Texas, working within the Human Smuggling / Human Trafficking (HS/HT) Group. I have been employed as a Special Agent (SA) since April of 2023. Before being sworn in as an SA with HSI, I was required to undergo six months of training at the Federal Law Enforcement Training Center. There, and since, I have received training and have gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, and various other criminal laws and procedures. Before my employment with the Homeland Security Investigations, I was a criminal intelligence analyst with the Georgia Bureau of Investigation working a wide range of programmatic areas.

3. The facts in this affidavit come from my personal observations, my training and experience, records reviewed during my participation in this investigation, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is

sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.

4. Based on my training and experience and the acts as set forth in this affidavit, there is probable cause to believe that between March 28, 2025, and September 28, 2025, Brenda GARCIA did commit acts in violation of 18 U.S.C. § 1201 (Kidnapping).

## STATEMENT OF PROBABLE CAUSE

5. On September 28, 2025, a witness observed a 12-year-old child (hereafter MV1) walking down a busy street in Splendora, Texas, alone and looking for help. The witness stopped to help MV1 and observed the child to be malnourished, injured, and wearing a zip-tie around her wrist. The witness initially contacted a neighbor, who provided clothing for the child, as she was dressed in boxers and a shirt. The witnesses called 911 for police and medical services.

6. EMS personnel arrived on scene and observed injuries all over the child's body, including a deep laceration on her head, along with bruising, cuts, and marks. Deputies observed MV1 wearing makeup at the time of her rescue. MV1 advised she was required to wear makeup to cover the bruises on her face. While MV1 initially introduced herself using a boy's name, EMS later learned she was a girl.[1] An MCSO deputy arrived and spoke to MV1, and MV1 disclosed she had just escaped a nearby home where she had been physically abused by Brenda and Tania GARCIA.[2]

7. MV1 was transported to Texas Children's Hospital for a medical examination. MV1 reported she was beaten by Tania and Brenda GARCIA during the past six months. A physician

---

[1] During the investigation, I learned that Brenda and Tania GARCIA shaved the little girl's head and instructed her to introduce herself as a boy.
[2] Tania and Brenda GARCIA are sisters and reside at the same residence.

thoroughly examined MV1 and reported that "the injuries that this child sustained are directly from physical abuse, neglect, and malnutrition." The physician also found that MV1 showed signs of amenorrhea, a female's loss of period often due to weight loss.

8. On September 30, 2025, MV1 participated in a forensic interview. MV1 advised that she had come into the United States as a child with her mother, but her mother no longer lived in the United States. Queries of HSI records indicate that the child entered the country in 2014 as a one-year-old with her mother who was sixteen at the time. Due to the mother's age, MV1 was considered an Unaccompanied Child by the Office of Refugee and Resettlement. When MV1 was approximately four years old, MV1's mother was deported to Honduras and MV1 was left in the care of her maternal great uncle, Felix Bustillo.[3]

9. In March of 2025, MV1 disclosed to Samantha Mercado, a family friend and the daughter of Brenda GARCIA, that Felix Bustillo had been sexually abusing her since the age of six. Brenda GARCIA and Mercado devised a plan to remove MV1 from her uncle's household after they obtained photographic evidence of this abuse. On or about March 28th of 2025, Tania GARCIA and Mercado took MV1 from the bus stop when she returned home from school. Brenda GARCIA sent text messages[4] to Mercado instructing her to hide, to make sure no one saw her, and told her to take MV1 no matter what the family said.

10. In May of 2025, Brenda GARCIA took MV1 to meet a Harris County deputy. MV1 advised she described the sexual abuse she experienced at the hands of Bustillo and another family member to the deputy. MV1 advised that after her report to Harris County, Brenda GARCIA struck

---

[3] Bustillo is currently charged with Continuous Sexual Assault of a Child in the 338th Criminal District Court of Harris County, Texas.

[4] Unless otherwise noted, text messages within this affidavit are from Brenda GARCIA's cellphone. Her cellphone was seized by MCSO detectives on October 3, 2025, and subsequently reviewed pursuant a search warrant.

MV1 for the first time because, according to Brenda GARCIA, MV1's statements to the officer were "contradictory". Additionally, while Brenda GARCIA initially reported the sexual abuse to Child Protective Services (CPS), she later told a CPS caseworker that MV1 had been sent back to Honduras to be with her mother. MV1 advised that Brenda GARCIA then told MV1 that now no one would be looking for her anymore.

11. MV1 reported that after this event, MV1's abuse continued and escalated over the course of several months. MV1 reported that she was beaten with cords, laptop chargers, a cane, and sticks by both Brenda and Tania GARCIA. MV1 was not permitted to eat. When she was given food, it was usually a cup of instant ramen noodles for either breakfast or dinner. Brenda and Tania GARCIA would strike MV1 in the face with an ice pack. MV1 was forced to strip naked during many of the beatings. MV1 advised that Brenda GARCIA would photograph and video record the abuse using her cellphone. MV1 advised she believed that Brenda GARCIA shared the videos of the abuse with others, including GARCIA's family members.

12. MV1 advised she first slept in Samantha Mercado's room but was eventually moved to the living room. At night, MV1 was zip tied to a table while she slept on a mattress. MV1 could not use the restroom at night and urinated on herself on several occasions. As a result, Brenda and Tania GARCIA took away her mattress and she was forced to sleep on the floor while zip tied. In the morning, Tania GARCIA would cut MV1 free. MV1 was then forced to sit in a camping chair in the living room or to do chores around the house.

13. MV1 advised she was expected to sweep the house, dust tables, wash the doors, clean the windows, take out the trash, do laundry, and feed the roosters, ducks, and dogs. According to MV1, the chores were used as a form of punishment. If MV1 failed to do a task well, she was hit. MV1 lived in the house with Brenda and Tania GARCIA, and Brenda's two minor children.

These children were never expected to do chores, clean, or feed the animals. MV1 felt that she was a personal servant to Brenda and Tania GARCIA.

14. On September 28, 2025, just prior to escaping, MV1 found a bag of Doritos on the floor and was caught eating them by Tania GARCIA. Tania GARCIA beat MV1 with a cable and then zip tied her to a red camping chair in the living room. Tania GARCIA left the home while everyone else was asleep. MV1 advised she was able to manipulate the camping chair to free her hands and escape the home.

15. I observed text messages between Brenda and Tania GARCIA from May 11, 2025, through at least September 25, 2025, corroborating the disclosures made by MV1. I observed videos and images documenting the confinement and physical and psychological abuse of MV1. Brenda and Tania GARCIA regularly referred to MV1 as "pelona,[5]" "mongola,[6]" "la idiota," "puta,[7]" and "fucking bitch," amongst various other expletives, throughout the messages. Several examples of the abuse are provided below.

16. On August 29, 2025, Brenda told Tania GARCIA that she caught MV1 eating out of the outdoor trash can. Brenda GARCIA then sent a video of MV1 eating out of the trash can to Tania GARCIA. Later that same day, Brenda GARCIA recorded a video of MV1 crawling on the ground. The video depicts MV1 with bruised and swollen eyes, crawling on the floor as Brenda GARCIA laughs at her and tells her to bark like a little dog. Brenda GARCIA then tells MV1 that she is a raccoon (presumably for eating out of the trash). Brenda GARCIA took another photo the

---

[5] "Pelona" means "baldy" in Spanish.
[6] "Mongola" is an offensive Spanish slang term for idiot.
[7] "Puta" means "bitch" in Spanish.

same night depicting MV1 sitting on the floor with a bag of ice wrapped around her head and wrapped with gauze.

17. On July 11, 2025, Brenda GARCIA berated MV1 for telling Brenda GARCIA's mother that MV1 was being abused over the July 4th holiday. Text messages reveal that MV1 outcried to GARCIA's mother, who confronted Brenda GARCIA. Brenda GARCIA's mother asked Tania GARCIA why they did not call the police to get rid of MV1 if she was so much trouble. Tania GARCIA told her mother to mind her own business. The following day, Brenda GARCIA shaved MV1's head completely bald and documented it on video. Additionally, she texted Tania GARCIA stating she needed a razor to shave MV1's head. MV1 stated Brenda GARCIA would regularly cut off chunks of MV1's hair as it grew as further punishment.

18. On September 6, 2025, at 3:45 AM, Brenda GARCIA took photos of MV1's left hand tied to a table leg by zip ties. MV1 described this table to investigators as the one she was tied to sleep at night, and I observed this table in the living room of Brenda GARCIA's home during an interview. Later that day and over 7 hours later, Brenda GARCIA told Tania GARCIA to check that MV1 was alive and to cut the zip ties off.

19. On September 9, 2025, Brenda GARCIA saved a Nest video showing footage from her living room. Investigators are aware that the GARCIA home has Nest surveillance cameras throughout the interior of the home. The video shows MV1 sitting in a red camping chair with a pink bandage wrapped around her head. Tania GARCIA approaches with a belt in her right hand. Tania GARCIA stands over MV1 and whips her across the thighs and arms repeatedly with the belt. Brenda GARCIA's two minor sons are present in the living room during the strikes. One is sitting no more than eight feet away from MV1.

20. On September 14, 2025, surveillance footage captured MV1 doing various chores outside the residence, including carrying large bags of trash to the trash can and making multiple trips with the trash can to the road. While MV1 worked, the rest of the children in the home can be seen playing outside, sometimes watching MV1. Later that day, while MV1 is standing in the backyard, Brenda GARCIA approaches MV1 and strikes her twice across the arm and body with a large stick. MV1 recoils from the strikes and runs out of the view of the camera. Brenda and Tania GARCIA discussed beating MV1 outside and then tying her up, and Brenda GARCIA told Tania to tie MV1 up. Brenda GARCIA told Tania GARICA to make sure she tied MV1's legs down because MV1 would get up even when she was tied. Brenda GARCIA said, "I warned her I can see every movement in the cameras."

21. In short, Brenda and Tania GARCIA treated MV1 as a slave and forced her to work inside the residence and outside, cleaning and maintaining the livestock and property. There is not an occasion in the seven months of text messages occurring during the relevant time period between Brenda and Tania GARCIA where they instruct another minor in the home to assist with the types of work they require from MV1.

22. Investigators spoke to the mother of MV1 who resides in Honduras. MV1's mother advised Brenda GARCIA reached out to her via messages and calls after the sexual abuse allegations. Based on their initial communications, MV1's mother was led to believe that Brenda GARCIA was trying to help her child (MV1). Brenda GARCIA indicated she would file a police report regarding the sexual abuse and enroll MV1 in school until Brenda GARCIA could send MV1 home to be with her mother in Honduras. Brenda GARCIA told MV1's mother she needed MV1's mother to write a document stating that Brenda GARCIA could represent MV1, and she complied. However, after Brenda GARCIA took MV1 into her home, Brenda GARCIA began to

ignore MV1's mother's phone calls and text messages, refused to let her speak to MV1, and told her that she would not send MV1 to her mother. In one text message, Brenda GARCIA told MV1's mother that she would have to send an army to get MV1 back. In another, Brenda GARCIA falsely told MV1's mother that MV1 had left her home and had been sent to Brenda GARCIA's mother's residence. Brenda GARCIA also falsely claimed the police were aware of the situation.

23. MV1's mother provided the text messages from her phone, and I observed no evidence that Brenda GARCIA was ever given guardianship or custody of MV1 by MV1's mother. I observed that the messages began as early as April 9, 2025, but may have begun earlier. The messages instead demonstrate MV1's mother trying to contact Brenda GARCIA to compel her to send MV1 to her or with another family member.

24. Brenda GARCIA falsely represented to multiple law enforcement officials that she received "custody" of MV1 from MV1's mother. Brenda GARCIA presented the aforementioned "document" to me and claimed it was given to her by MV1's mother to show that GARCIA had legal custody of MV1. Based on my investigation, none of Brenda GARCIA's statements regarding her custody of MV1 were true.

25. On October 3, 2025, MCSO detectives obtained a search warrant for the GARCIA residence. Detectives observed surveillance equipment throughout the interior and exterior of the residence. Detectives observed numerous individuals living at the residence, including Brenda GARCIA, Tania GARCIA, and several children. Detectives were also advised that Brenda GARCIA's husband resided at the residence as well. Detectives seized various cords and chargers found in the home believed to be instruments of abuse, as well as zip ties found in the home.

26. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Brenda GARCIA with violations of Title 18, United States Code, Section 1201 (Kidnapping).

Respectfully submitted

_____
Dianna Oliver
Special Agent
Homeland Security Investigations
(HSI)

Subscribed and sworn telephonically on December 17, 2025 and I find probable cause exists.

_____
Honorable Judge Yvonne Y. Ho
UNITED STATES MAGISTRATE JUDGE