# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:26-CR-00026 |
| | § | |
| BRENDA MARIANA GARCIA | § | |

## WAIVER OF RIGHT TO A SPEEDY TRIAL

I understand that I have the right to have my trial commence within the time required by the Speedy Trial Act, 18 U.S.C. § 3161-3174, but have elected to have that time period extended.

Being fully advised of my rights regarding a speedy trial, I knowingly, intelligently and voluntarily waive my right to a speedy trial. This decision has been made after I:

(A)   was advised by my attorney of the reasons for seeking an extension of time before trial;

(B)   became aware that the time requested in the extension may be excluded from any calculation of time under the Speedy Trial Act; and

(C)   with full understanding and knowledge, have agreed to the extension of time that has been requested.

I certify under the penalty of perjury that the forgoing is true and correct on this 23rd day of April, 2026.

/S/ Brenda Mariana Garcia

Brenda Mariana Garcia
Defendant

Approved by:

/S/ Guy L. Womack

Guy L. Womack
Attorney for Defendant